TIMOTHY COURCHAINE
United States Attorney
District of Arizona
FAITH HOOK
Arizona State Bar No. 039361
Special Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Faith.Hook@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-26-00460-PHX-SPL |
|---|---|
| Plaintiff, | |
| vs. | **GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE** |
| Samuel Jurado-Cano, | |
| Defendant. | |

The United States of America, by and through undersigned counsel, respectfully moves to dismiss the Indictment in this matter without prejudice (Doc. 8). Dismissal is in the interest of justice. Defendant was deported from the United States to Mexico on or about May 28, 2026. Defense counsel, Madeline Mayer, does not object to the motion.

Respectfully submitted this 12th day of June 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Faith Hook*
FAITH HOOK
Special Assistant U.S. Attorney

Copy of the foregoing served
electronically or by other means
this 12th day of June 2026, to:

Madeline Mayer
*Attorney for Defendant*